# Notice Recipients

District/Off: 0420–2         User: dillard              Date Created: 11/2/2016
Case: 16–05504–jw           Form ID: 350BNC            Total: 2

**Recipients of Notice of Electronic Filing:**
aty         Wendi M. Freeman         wendi@freemanwine.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Jamesetta NMN Reid       112 Romans Place      Moncks Corner, SC 29461

TOTAL: 1